# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | | |
|---|---|---|
| TRAVIS PARKER VANSCOY, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | No. 4:24-cv-00719-JJV |
| | * | |
| CAROLYN COLVIN, | * | |
| Acting Commissioner of the | * | |
| Social Security Administration, | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

DATED this 20th day of December 2024.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE